# Mississippi Department of Corrections
## Inmate Time Sheet

**Offender:** GARCIA-MONROY, NERY ALEXANDER 242573   **Housing:** SMCI, SMCI 3, ZONE B, BED 0082

**Computation Date:** 01/23/2023 16:44   **Date Printed:** 07/10/2024 10:17

### Sentences:

| Date | Cause/Count | Offense | Committed | County | Serve | House | Probation | Hab | Deferred | Override | Concurrent | Consecutive |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/22 | B2401-2022-041/1 | 1152:SEXUAL BATTERY | 04/10/21 | Harrison | 20Y | | | N | | | | |

☐ First Time Offender

### Pre Trial/Pre Sentence Jail Time:

| From | To | Days |
|---|---|---|
| 04/11/21 | 09/12/22 | 519 |

Total Jail Time: 519   Override:

### Computation Details:

| Date | Description |
|---|---|
| 09/12/22 | B2401-2022-041/1 1152:SEXUAL BATTERY 20Y |

### Summary:

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 04/11/2021 | | | | 04/06/2041 | 04/06/2041 | |

**Total Term To Serve:** 20Y   **Total Earned Time:** 0D   **Earned Time Lost:** 0D   **Total MET Earned:** 0D   **Total Trusty Time Earned:** 0D

### Comments: