IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NERY ALEXANDER GARCIA-MONROY**                                     **PETITIONER**

**v.**                                                   **CIVIL NO. 1:25-cv-105-HSO-LGI**

**MDOC and BURL CAIN**                                                 **RESPONDENTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with its Order entered herewith dismissing this habeas petition, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this Petition [1] for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 22nd day of August, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE