IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NERY ALEXANDER GARCIA-MONROY**　　　　　　　　　　**PETITIONER**

v.　　　　　　　　　　　　　　　　　　**CIVIL NO. 1:25-cv-105-HSO-LGI**

**MDOC and BURL CAIN**　　　　　　　　　　　　　　**RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

The Court entered a final order adverse to Petitioner in this habeas corpus case, in which the detention complained of arises out of process issued by a state court. The Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue. Jurists of reason could not conclude that the Court's dismissal of Petitioner's claims was debatable or incorrect. *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

Date: August 22, 2025　　　　　*s/ Halil Suleyman Ozerden*
　　　　　　　　　　　　　　　HALIL SULEYMAN OZERDEN
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE